UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MUSTANG TOWERS COUNSIL OF CO-OWNERS, INC., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:18-CV-00355 |
| UNITED NATIONAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER CONTINUING STAY

This case involves claims arising from Hurricane Harvey. On February 14, 2019, the undersigned ordered the case stayed allow the appraisal process to continue. (D.E. 20). The appraisal process remains ongoing and is expected to be completed by June 30, 2019. The undersigned finds the stay should remain in place to allow for the completion of the appraisal. It is therefore

ORDERED that the case shall remain STAYED until further order of the Court.

ORDERED this 21st day of May 2019.

_Jason Libby_
Jason B. Libby
United States Magistrate Judge